United States District Court
District of Minnesota
Civil No. 19-1076(DSD/DTS)

Jeremiah Okany Alaye Nyikew,

      Petitioner,

v.                                    ORDER

William P. Barr, et al.


This matter is before the court upon the report and recommendation by United States Magistrate Judge David T. Schultz on November 26, 2019 (R&R). Neither party has objected to the R&R in the time period permitted.

Accordingly, based on the R&R, the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.    The R&R [ECF No. 21] is adopted in its entirety;

2.    The petition for a writ of habeas corpus [ECF No. 1] is granted in part and denied is part as follows:

      (a) On or before December 24, 2019, an Immigration Judge shall hold a bond hearing and make an individualized determination regarding whether petitioner's continued detention is necessary to protect the community or to prevent him from fleeing during the pendency of immigration proceedings; and

(b) Petitioner's request for immediate release is

denied.

Dated: December 17, 2019

s/David S. Doty
David S. Doty, Judge
United States District Court
